# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:09-cr-00012 |
| ) | JUDGE McDONOUGH |
| JOE BILLY RUSSELL, JR. ) | |

## NOTICE OF APPEARANCE

Erin Rust, Assistant Federal Defender, hereby files this Notice of Appearance in the above-captioned case. This case has been assigned and all future Electronic Case Filing (ECF) notices and/or correspondence should be sent to Assistant Federal Defender Erin Rust.

RESPECTFULLY SUBMITTED,

FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.

BY: *s/ Erin Rust*
Erin Rust
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, TN 37402
Erin_Rust@fd.org
(423) 756-4349
MO Bar # 063207

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s Erin Rust*
Erin Rust
Assistant Federal Defender